

# Missouri Court of Appeals
## Southern District

## OCTOBER 6, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD33683

        Re:     MELANIE KATHERINE JOHNSTON,
                Respondent,
                vs.
                ROBERT DEAN JOHNSTON,
                Appellant.

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.      Case No.  SD33266

        Re:     STATE OF MISSOURI,
                Respondent,
                vs.
                JAMES LEE JARRETT
                Appellant.